**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00899-CR

### CATHY LEA BATES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065077**

## ORDER

The Court has before it appellant's August 28, 2015 motion to extend time to file her brief. Appellant states that the clerk's record is not due until September 15, 2015, and she asked for an extension until September 27, 2015. Appellant's brief is due thirty days after the complete record is filed. Therefore, appellant's brief is not due until thirty days after the clerk's record is filed in this Court. Accordingly, we **DENY** the August 28, 2015 motion as premature.

/s/    ADA BROWN
        JUSTICE